**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

CONNIE STEELMAN,

        Plaintiff,

v.                                                          Case No:  6:13-cv-123-Orl-36DAB

STATE OF FLORIDA, RCI, RCI
AFFILIATES and GORDON GURNICK,

        Defendants.
_____/

## ORDER

This cause comes before the Court on the Report and Recommendation filed by Magistrate Judge David A. Baker, on February 19, 2013 (Doc. 3).  In the Report and Recommendation, Judge Baker recommends that *pro se* Plaintiff Connie Steelman's ("Plaintiff") Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2) be denied because Plaintiff has failed to state a claim upon which relief can be granted.  Doc. 3, pp. 2-7.  Neither party has objected to the Report and Recommendation and the time to do so has expired.

This Court agrees with the Magistrate Judge's finding that Plaintiff's Complaint fails to state a claim for relief under the Americans with Disabilities Act, 42 U.S.C. § 12112 ("ADA"). Specifically, Plaintiff has not made any allegations against the State of Florida, has failed to allege the location of the real property where she allegedly experienced discrimination, has failed to show that Defendants RCI, RCI Affiliates, or Gordon Gurnick are owners or operators of such real property, and the allegations that she plans to return to the property are insufficient to establish a real and immediate threat of future injury.  *Id.* at 4; *see* Doc. 1.  Moreover, as Magistrate Baker notes, over the past two years, Plaintiff has filed sixteen other ADA lawsuits in the Middle District of Florida, and is thus familiar with the requirements for stating a claim upon

which relief can be granted. Doc. 3, pp. 5-6; *see, e.g. Steelman v. Ringhaver Funding, LLC*, 6:11-cv-1283-ACC-KRS; *Steelman v. Wendy's of NE Florida, Inc.*, 6:12-cv-00510-CEH-KRS.

Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 3) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff Connie Steelman's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2) is **DENIED,** without prejudice**.** Plaintiff may file a renewed motion to proceed *in forma pauperis,* upon the filing of an Amended Complaint.

3. This action is **DISMISSED**, without prejudice. Plaintiff is granted leave to file an Amended Complaint, which corrects the deficiencies identified in this Order, and complies with Federal Rule of Civil Procedure 11, within **FOURTEEN (14) DAYS** from the date of this Order. Failure to file an Amended Complaint within this time frame will result in this case being closed.

**DONE** and **ORDERED** in Orlando, Florida on March 18, 2013.

Charlene Edwards Honeywell
United States District Judge

**Copies furnished to:**
Counsel of Record
Unrepresented Parties
U.S. Magistrate Judge David A. Baker