**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CONNIE STEELMAN,

      Plaintiff,

v.                                                                 Case No:  6:13-cv-123-Orl-36DAB

STATE OF FLORIDA, RCI, RCI AFFILIATES,
GORDON GURNICK,

      Defendants.

_____/

**ORDER**

This cause comes before the Court upon the Report and Recommendation filed by United States Magistrate Judge David A. Baker on May 9, 2013 (Doc. 8).   In the Report and Recommendation, Judge Baker recommends that the Court deny *pro se* Plaintiff Connie Steelman's ("Plaintiff") Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2) and deny Plaintiff's Motions to receive all Responses by email (Docs. 5, 7) as moot.  Doc. 8, pp. 2-5. Neither party has objected to the Report and Recommendation and the time to do so has expired.

On March 18, 2013, this Court dismissed Plaintiff's Complaint and denied her Motion for Leave to Proceed *In Forma Pauperis,* finding that the Complaint failed to state a claim for relief under the Americans with Disabilities Act, 42 U.S.C. § 12112 ("ADA").  *See* Doc. 4. Specifically, Plaintiff did not make any allegations against the State of Florida, failed to allege the location of the real property where she allegedly experienced discrimination, failed to show that Defendants RCI, RCI Affiliates, or Gordon Gurnick are owners or operators of such real property, and the allegations that she plans to return to the property are insufficient to establish a real and immediate threat of future injury. *Id.* at 4; *see* Doc. 1.  The Court is in agreement with the Magistrate Judge that the Plaintiff's Amended Complaint, which appears to be virtually

identical to the original Complaint, suffers from the same deficiencies previously identified. Doc. 8; *see* Doc. 6.[1]   Moreover, as Magistrate Baker noted in his previous Report and Recommendation, over the past two years, Plaintiff has filed sixteen other ADA lawsuits in the Middle District of Florida, and is thus familiar with the requirements for stating a claim upon which relief can be granted.  Doc. 3, pp. 5-6; *see, e.g. Steelman v. Ringhaver Funding, LLC*, 6:11-cv-1283-ACC-KRS; *Steelman v. Wendy's of NE Florida, Inc.*, 6:12-cv-00510-CEH-KRS.

Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 8) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The Amended Complaint (Doc. 6) is **DISMISSED** for failure to state a claim upon which relief can be granted.

3. Plaintiff Connie Steelman's Motion for Miscellaneous relief, specifically to receive all responses by email (Doc. 5) is **DENIED** as moot.

4. Plaintiff Connie Steelman's Motion for Miscellaneous relief, specifically to receive all responses by email (Doc. 7) is **DENIED** as moot.

5. The Clerk is directed to terminate all deadlines and close this case.

---

[1] Indeed, upon review of the Amended Complaint, it appears identical to the Complaint aside from a change in title.  *See* Docs. 1, 6.  In all other respects, the pleadings contain sixteen identical paragraphs. *Id.*

**DONE** and **ORDERED** in Orlando, Florida on May 30, 2013.

Charlene Edwards Honeywell
United States District Judge

**Copies furnished to:**
Counsel of Record
Unrepresented Parties
U.S. Magistrate Judge David A. Baker